NEW YORK STATE NATIONAL BANK, ALBANY, Respondent, *v.* HAROLD G. ARON, Appellant.

(Argued October 8, 1934; decided October 23, 1934.)

*Harold G. Aron,* in person, and *Laurence J. Rittenband* for appellant.

*C. E. Nichols* and *C. Emory Lochner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.